IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| AUTONOMOUS IP, LLC,<br>　　　Plaintiff, | Civil Action No. 7:24-cv-00051 |
| v. | |
| LYFT, INC.,<br>　　　Defendant | JURY TRIAL DEMANDED |

## NOTICE OF RELATED CASES

Please be advised that the attached "Exhibit A" contains all related cases. The cases are related by common entity, Autonomous IP, LLC, and common patents.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　**Ramey LLP**

　　　　　　　　　　　　　　　　*/s/ William P. Ramey, III*
　　　　　　　　　　　　　　　　William P. Ramey, III
　　　　　　　　　　　　　　　　Texas State Bar No. 24027643
　　　　　　　　　　　　　　　　5020 Montrose Blvd., Suite 800
　　　　　　　　　　　　　　　　Houston, Texas 77006
　　　　　　　　　　　　　　　　(713) 426-3923 (telephone)
　　　　　　　　　　　　　　　　(832) 900-4941 (fax)
　　　　　　　　　　　　　　　　wramey@rameyfirm.com

　　　　　　　　　　　　　　　　*Attorneys for Autonomous IP, LLC*