| Case Title | Case Number | Court | Date Filed | Date Closed |
|---|---|---|---|---|
| Autonomous IP, LLC v. Tesla, Inc. | 7:2024cv00025 | Texas Western District Court | 01/24/2024 | |